IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RYAN MICHAEL DOUGLAS                                                           PLAINTIFF

   v.                              Civil No.   12-2070

CAPTAIN JEFF MARVIN, Crawford
County Detention Center                                                          DEFENDANT

## JUDGMENT

For the reasons stated in a memorandum opinion entered this same day, the Defendant's summary judgment motion (Docs. 15-17) is granted. Judgment is entered in favor of the Defendant and this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of June 2013 .

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE